1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant Jose Luis Ruiz Ortilla

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR 10-0378 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM JUNE 16, 2010 TO JULY 28, 2010 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| JOSE LUIS RUIZ ORTILLA, | ) | |
| Defendant. | ) | |

The parties are scheduled to appear before this Court for status on June 16, 2010 at 2:30 p.m. The defense requests additional time to obtain and review additional materials relevant to the case and to meet with her client to discuss how to proceed. The government does not object to this request. Based on the schedule of counsel, the parties request that the matter be continued to July 28, 2010.

The parties also agree that the time between June 16, 2010 and July 28, 2010 should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the

1  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  SO STIPULATED:

3                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

DATED: June 14, 2010                           /s/
                                              PATRICIA SPALETTA
                                              Special Assistant United States Attorney

DATED: June 14, 2010                           /s/
                                              SHAWN HALBERT
                                              Assistant Federal Public Defender

**[PROPOSED]** ORDER

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this Court from June 16, 2010 to July 28, 2010 is warranted.  Further, the Court finds that an exclusion of time under the Speedy Trial Act between June 16, 2010 and July 28, 2010 is appropriate because the failure to grant the requested continuance would deny the defense effective preparation of counsel and continuity of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED:  June 15, 2010         _____
                              THE HONORABLE MAXINE M. CHESNEY
                              United States District Court

STIP. & ORDER
CR 10-0378 MMC                              - 2 -